JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| VICTORIA EOM et al., on behalf of herself and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>TRELLIS RESEARCH, INC., d/b/a Trellis, a Delaware corporation,<br><br>Defendant. | Case No. 2:25-cv-05331-MWF(AJRx)<br><br>**ORDER GRANTING STIPULATION OF DISMISSAL WITH PREJUDICE** |

///
///
///
///
///
///
///
///
///
///
///

The Court has considered the parties' Stipulation of Dismissal with Prejudice (the "Stipulation"). (Docket No. 48). For good cause shown, the Stipulation is GRANTED. Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the Court ORDERS as follows:

1. This entire action is **DISMISSED WITH PREJUDICE** solely as to the named Plaintiffs' individual claims and **WITHOUT PREJUDICE** as to the putative class.
2. No class has been certified or proposed to be certified. This dismissal does not release, resolve, adjudicate, prejudice, or otherwise affect any claim of any absent putative class member.
3. No Party will seek an award of fees or costs from the Court.
4. All pending dates and deadlines are **VACATED**. The Clerk is directed to close the case.

IT IS SO ORDERED.

Dated: August 21, 2026

MICHAEL W. FITZGERALD
United States District Judge